IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.                                                          1:15-cr-134-WSD-1

DAVID WEDEAN,

Defendant.

## ORDER

This matter is before the Court on Defendant's Motion to Amend Sentence [21].

## I.    BACKGROUND

The Court's sentence in this case included a condition of supervised release that requires the Defendant to serve three (3) months in community confinement. Based on issues regarding his health, Defendant moves to substitute an extended period of home confinement or community service to substitute for Defendant's community confinement.  Defendant claims that his health issues cannot be accommodated by the community confinement facility to which Defendant is expected to be assigned.  The Court does not oppose this substitution if it is determined that the facility cannot adequately accommodate Defendant's medical issues.

## II.    DISCUSSION

The Court requires the Defendant and the Government to provide further information for the Court to consider Defendant's motion.  First, Defendant shall, on or before October 16, 2015, provide to the Court and the Government a detailed summary of (i) the medical conditions from which Defendant suffers and (ii) the medical care that is reasonably required to attend to these conditions.  After this detailed summary is received, the Government shall, on or before October 30, 2015, provide the following information to the Court and the Defendant:

1.    The identity of the community confinement facility to which Defendant will be assigned and whether the facility is able to provide medical care for Defendant.

2.    If medical care cannot be provided, can the facility arrange for an outside provider to provide the care reasonably required for Defendant.  If outside care cannot be arranged, is there another community confinement facility to which Defendant can be assigned that can provide the care Defendant requires.

**SO ORDERED** this 6th day of October, 2015.


WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE